# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

**11 civ. 4354**

Antonios  Stamos
_____

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

## COMPLAINT

-against-

Prime Medical Billing and Management, LLC  d/b/a
_____
Prime Medical Billing
_____

Jury Trial:  ☐ Yes   ☒ No

(check one)

_____

_____

_____

_____

_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s).  If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names.  The names
listed in the above caption must be identical to those contained in
Part I.  Addresses should not be included here.)*

PRO SE OFFICE

## I.      Parties in this complaint:

A.      List your name, address and telephone number.  If you are presently in custody, include your
identification number and the name and address of your current place of confinement.  Do the same
for any additional plaintiffs named.  Attach additional sheets of paper as necessary.

Plaintiff      Name            Antonios  Stamos
               Street Address  201  Murray Avenue apt. 1-S
               County, City    Westchester County,  Yonkers
               State & Zip Code  New York  10704
               Telephone Number  (914) 439-7951

B.      List all defendants.  You should state the full name of the defendant, even if that defendant is a
government agency, an organization, a corporation, or an individual.  Include the address where
each defendant may be served.  Make sure that the defendant(s) listed below are identical to those
contained in the above caption.  Attach additional sheets of paper as necessary.

Defendant  No. 1      Name      Prime Medical Billing
                      Street Address  33 West Main Street, suite 406

RECEIVED
JUN 07 2011
PRO SE OFFICE

*Rev. 05/2010*

County, City ___Westchester County,  Elmsford_____

State & Zip Code ___New York 10523_____

Telephone Number ___(914) 909-9161_____

**Defendant  No. 2**        Name _____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____

**Defendant  No. 3**        Name _____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____

**Defendant  No. 4**        Name _____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____

## II.     Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction.  Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.     What is the basis for federal court jurisdiction?  *(check all that apply)*

☒ Federal Questions          ☐ Diversity of Citizenship

B.     If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? ___Has Defendant violated the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. §§ 1692___

___when, in fact, Plaintiff notified Defendant a number of times [by mail and in person] to cease and___

___stop mailing any further billing notice(s), letter(s), or collection letter(s)  in 2010  and  2011.___

C.     If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

_____

## III.     Statement of Claim:

State as briefly as possible the <u>facts</u> of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.     Where did the events giving rise to your claim(s) occur? In Westchester County. More precise, started in Elmsford, New York and ended in Yonkers, New York.

B.     What date and approximate time did the events giving rise to your claim(s) occur? The exact dates are: February 27, 2010; March 18, 2010; July 07, 2010; December 02, 2010; April 14, 2011; and May 26, 2011.

The exact or approximate times are unknown.

C.     Facts:  As of the filing date of this action, I believe that I have received a total of 6 collection notices from the defendant. On February 27, 2010 I received the very first collection notice. Thirteen days later I received a second collection notice from the defendant. This Court has to agree with me that this is an unreasonable for a collection company to mail a person two collection notices within a 30 day period. I have proof to back-up this claim. Wait there's more. On March 18, 2010 I received a second collection notice from the defendant. Wait there's more. On July 07, 2010 I received a third collection notice from the defendant and this time this matter was getting out of hand. Thus, I mailed a letter which was dated July 07, 2010 asking to stop any and all collection efforts. I mailed the July letter to the defendant via certified mail return receipt requested and certificate of mailing. Thus, I mailed 2 letters on July 08, 2010 asking defendant to stop any and all collection efforts. It is assumed that defendant received both of my letters because none has returned to me in the mail. I have proof to back up this claim. Wait there's more. On December 02, 2010 I received a fourth collection again notice from the defendant. Thinking that this was some kind of mistake on the part of the defendant, I let this pass. Wait there's more. On April 14, 2011 [2 days after my uncle in California died] I received a fifth collection notice from the defendant. This time I wrote a letter that was dated April 20, 2011 requesting defendant to stop collection efforts. I personally served Nicole Galaso an employee of defendant on April 22, 2011 at 9:49 am and I also mailed 2 additional copies of the April 20, 2011 letter to the defendant. I mailed the 2 letters via USPS certified mail return receipt requested [7001-1940-006-1757-9849] and certificate of mailing that very same day.

*What happened to you?*

*Who did what?*

*Was anyone else involved?*

*Who else saw what happened?*

## IV.     Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I have not received any physical injuries from the defendant, but I have suffered some form of injuries. Whether it is emotional or monetary expenses.

## V.    Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. How many times does a person have to say stop to a collection agency before that same collection agency does stop? In other words, how many cease and desist letters a person has to serve upon a collection agency before it stops any and all collections efforts? I think one cease and desist letter should remedy the situation. This Court should agree with me when I say that 5 cease and desist notices served upon a collection company is more than enough for the collection company to take notice. One notice might get lost in the mail. A second notice might get misplaced or misfiled by the company. But 5 notices is adequate and there is no legal excuse for not taking notice. Especially when one notice was personally served upon the defendant and the rest of the notices were mailed via certified mail.

    I am asking for this Court to award me the sum of $ 1,000.00 [one thousand dollars] pursuant to section 813 of the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. §§ 1692, but this Court has the legal power and authority to award me more money, in the interest of justice, if I could show that the defendant has acted in bad faith and that I took all necessary actions to resolve this matter before coming to the courthouse steps. Thus, I am asking for this Court to really award me the sum of $ 55,000.00 [fifty-five thousand dollars]. Since I filed a poor application with this Court and if my forma pauperis application is approved, and if I prevail at trial, then I kindly ask that this Court award me court costs made payable and directly to the Court and/ or court clerk only.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 23 day of May , 20 11 .

Signature of Plaintiff      *Antonios Stavros*

Mailing Address      201 Murray Avenue apt. 1-S

Yonkers, New York 10704

Westchester County

Telephone Number      (914) 439-7951

Fax Number *(if you have one)*      none

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

## For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number _____

BATYA GORIN, M.D.                          STATEMENT
1254 CENTRAL PARK AVENUE
YONKERS, NY 10704                 Patient:  STAMOS,ANTONIOS
                                 Tax I.D. 097404939
Tel: 914/964-6564

                                 STATEMENT DATE    PAGE
STAMOS,ANTONIOS                       05/13/11        1
201 MURRAY AVENUE
APARTMENT # 1-S                  ACCOUNT NUMBER
YONKERS,NY  10704                   410159355 - 1 / SP

                                      INDICATE
CALL NUMBER BELOW TO PAY BY CREDIT CARD   AMOUNT PAID $_____

   Place Codes:    IH=In Patient    OH=Out Patient    ER=Emergency Room

| DATE | ICD9 CD | PL* | DESCRIPTION | AMOUNT |
|------|---------|-----|-------------|--------|
|      |         |     | Balance forward last statement | 104.00 |

RECEIVED
MAY 26  2011
BY Mr. A.  STAMOS

| CURRENT AMOUNT | PAST DUE AMOUNT | PLEASE PAY | |
|----------------|-----------------|------------|---|
| $   0.00 | $  104.00 | THIS AMOUNT | $  104.00 |

PLEASE SUBMIT BALANCE DUE. IF YOU HAVE ANY
QUESTIONS PLEASE CALL THE BILLING OFFICE AT
1(914)358-0241. PLEASE MAKE CHECKS OR MONEY
ORDER TO DR GORIN, THANK YOU.



USA FIRST-CLASS FOREVER

RECEIVED
MAY 26 2011
BY Mr. A. STAMOS

PRIME MEDICAL BILLING
33 WEST MAIN STREET, SUITE 406
ELMSFORD, NY 10523

10704+2372

BATYA GORIN, M.D.                                STATEMENT
1254 CENTRAL PARK AVENUE
YONKERS, NY 10704                      Patient:  STAMOS,ANTONIOS
                                      Tax I.D. 097404939
Tel: 914/964-6564

                                         STATEMENT DATE    PAGE
STAMOS,ANTONIOS                             04/01/11        1
201 MURRAY AVENUE
APARTMENT # 1-S                          ACCOUNT NUMBER
YONKERS,NY  10704                           410159355 - 1 / SP

                                            INDICATE
CALL NUMBER BELOW TO PAY BY CREDIT CARD   AMOUNT PAID $_____

---

Place Codes:   IH=In Patient    OH=Out Patient    ER=Emergency Room

| DATE | ICD9 CD | PL* | DESCRIPTION | AMOUNT |
|------|---------|-----|-------------|--------|
| | | | Balance forward last statement | 0.00 |
| 12/28/09 | 339.20 | O | 99203 OFFICE/OUTPATIENT VISIT, NEW | 195.00 |
| 12/28/09 | | | C PATIENT CHECK | -91.00 |

RECEIVED
APRIL 14  2011
BY Mr. A. STAMOS

| CURRENT AMOUNT | PAST DUE AMOUNT | PLEASE PAY | |
|----------------|------------------|------------|---|
| $    0.00 | $   104.00 | THIS AMOUNT | $   104.00 |

PLEASE SUBMIT BALANCE DUE. PLEASE MAKE CHECK OR
MONEY ORDER TO DR GORIN. IF YOU HAVE ANY
QUESTIONS PLEASE CALL THE BILLING OFFICE AT
1(914)358-0241, THANK YOU.

PRIME MEDICAL BILLING
33 WEST MAIN STREET, SUITE 406
ELMSFORD, NY 10523

10704+2371

WESTCHESTER NY 105



RECEIVED
APRIL 14 2011
BY MR. A. STAMOS

USA FIRST-CLASS FOREVER

BATYA GORIN, M.D.
1254 CENTRAL PARK AVENUE
YONKERS, NY 10704

Tel: 914/964-6564

STAMOS,ANTONIOS
201 MURRAY AVENUE
APARTMENT # 1-S
YONKERS,NY  10704

CALL NUMBER BELOW TO PAY BY CREDIT CARD

STATEMENT

Patient:  STAMOS,ANTONIOS
Tax I.D. 097404939

STATEMENT DATE      PAGE
   11/12/10           1

ACCOUNT NUMBER
   410159355 - 1 / SP

INDICATE
AMOUNT PAID $_____

Place Codes:   IH=In Patient    OH=Out Patient   ER=Emergency Room

| DATE | ICD9 CD | PL* | DESCRIPTION | AMOUNT |
|------|---------|-----|-------------|--------|
| | | | Balance forward last statement | 0.00 |
| 12/28/09 | 339.20 | O | 99203 OFFICE/OUTPATIENT VISIT, NEW | 195.00 |
| 12/28/09 | | | C PATIENT CHECK | -91.00 |

RECEIVED
DEC X 2 2010
BY:...................

| CURRENT AMOUNT | PAST DUE AMOUNT | PLEASE PAY | |
|----------------|-----------------|------------|---|
| $   0.00 | $   104.00 | THIS AMOUNT | $   104.00 |

PLEASE SUBMIT BALANCE DUE. PLEASE MAKE CHECK OR
MONEY ORDER TO DR GORIN. IF YOU HAVE ANY
QUESTIONS PLEASE CALL THE BILLING OFFICE AT
1(914)358-0241, THANK YOU.

PRIME MEDICAL BILLING
33 WEST MAIN STREET, SUITE 406
ELMSFORD, NY 10523

WESTCHESTER NY 105

21 NOV 2010 PM 1 L

RECEIVED

DEC X 2 2010

BY:

ELMSFORD, NY 105

10704+2372



BATYA GORIN, M.D.
1254 CENTRAL PARK AVENUE
YONKERS, NY 10704

Tel: 914/964-6564

STAMOS,ANTONIOS
201 MURRAY AVENUE
APARTMENT # 1-S
YONKERS,NY  10704

STATEMENT

Patient:  STAMOS,ANTONIOS
Tax I.D. 097404939

STATEMENT DATE    PAGE
      07/02/10          1

ACCOUNT NUMBER
     410159355 - 1 / SP

CALL NUMBER BELOW TO PAY BY CREDIT CARD

INDICATE
AMOUNT PAID $_____

Place Codes:   IH=In Patient     OH=Out Patient     ER=Emergency Room

| DATE | ICD9 CD | PL* | DESCRIPTION | AMOUNT |
|------|---------|-----|-------------|--------|
| | | | Balance forward last statement | 0.00 |
| 12/28/09 | 339.20 | O | 99203 OFFICE/OUTPATIENT VISIT, NEW | 195.00 |
| 12/28/09 | | | C PATIENT CHECK | -91.00 |

RECEIVED

JUL X7 2010
BY Mr. A. STAMOS

| CURRENT AMOUNT | PAST DUE AMOUNT | PLEASE PAY | |
|----------------|-----------------|------------|---|
| $    0.00 | $   104.00 | THIS AMOUNT | $   104.00 |

PLEASE SUBMIT BALANCE DUE. PLEASE MAKE CHECK OR
MONEY ORDER TO DR GORIN. IF YOU HAVE ANY
QUESTIONS PLEASE CALL THE BILLING OFFICE AT
1(914)358-0241, THANK YOU.



PRIME MEDICAL BILLING
33 WEST MAIN STREET, SUITE 406
ELMSFORD, NY 10523

33 WEST MAIN STREET, S
ELMSFORD, NY 105

WESTCHESTER NY 105

BATYA GORIN, M.D.
1254 CENTRAL PARK AVENUE
YONKERS, NY 10704

Tel: 914/964-6564

STATEMENT

Patient:  STAMOS,ANTONIOS
Tax I.D. 097404939

STAMOS,ANTONIOS
201 MURRAY AVENUE
APARTMENT # 1-S
YONKERS,NY  10704

STATEMENT DATE       PAGE
     03/12/10              1

ACCOUNT NUMBER
   410159355 - 1 / SP

CALL NUMBER BELOW TO PAY BY CREDIT CARD

INDICATE
AMOUNT PAID $_____

Place Codes:   IH=In Patient      OH=Out Patient     ER=Emergency Room

| DATE | ICD9 CD | PL* | DESCRIPTION | AMOUNT |
|------|---------|-----|-------------|--------|
| 12/28/09 | 339.20 | O | Balance forward last statement<br>99203 OFFICE/OUTPATIENT VISIT, NEW | 0.00<br>195.00 |

RECEIVED

MAR  18  2010
BY Mr. A.  STAMOS

| CURRENT AMOUNT<br>$  195.00 | PAST DUE AMOUNT<br>$   0.00 | PLEASE PAY<br>THIS AMOUNT | $   195.00 |
|---|---|---|---|

PLEASE SUBMIT BALANCE DUE. PLEASE MAKE CHECK OR
MONEY ORDER TO DR GORIN. ANY QUESTIONS PLEASE
CALL THE BILLING OFFICE AT 1(914)358-0241,
THANK YOU.

PRIME MEDICAL BILLING
33 WEST MAIN STREET, SUITE 406
ELMSFORD, NY 10523

WESTCHESTER NY 105

17 MAR 2010 PM 1 T

RECEIVED
MAR 18 2010
BY MR. A. STAMOS

```
01/19/10                        STATEMENT                          Page: 1
Oper: NG        RECEIVED FEB 2 7 2010

                                        BATYA GORIN, M.D.
                                        1254 CENTRAL PARK AVENUE
      IRS#       097404939               YONKERS, NY 10704
                                        Tel: 914/964-6564

     STAMOS,ANTONIOS              Acct: 410159355-1/SP 082708139
     201 MURRAY AVENUE            Pat: STAMOS,ANTONIOS 10/23/72
     APARTMENT # 1-S              Tel: 914/439-7951
     YONKERS,NY 10704
                                  Ins1: SELF PAY PATIENTS SELF PAY PATIENT
```

| Date | Code | Description | Qt | Diag | Prv | Ref | AR | Plc | Amt | Bal |
|------|------|-------------|----|------|-----|-----|----|----|-----|-----|
| | | Balance up to | | | | | | | | 0.00 |
| 12/28/09 | 99203 | OFFICE/OUTPATIENT VISI | 1 | 339.20 | BG1 | | SP | O | 195.00 | 195.00 |

```
                                        Regular Balance  $        195.00

Previous Total:        0.00              Today's      To Date
                              Charges    :   195.00      195.00
                              Payments   :     0.00        0.00
                              Adjustments :    0.00        0.00

     Providers:          BG1 - GORIN, BATYA


PLEASE CONTACT OUR OFFICE TO SET UP A PAYMENT ARRANGEMENT. (914)358-0241
```

PRIME MEDICAL BILLING
& MANAGEMENT
33 WEST MAIN ST. SUITE 40F
ELMSFORD, NY 10523



107704+1495



RECEIVED
FEB 22 2010
BY M. A. STAMOS



UNITED STATES POSTAGE
$000.44⁰
PITNEY BOWES
02 1P
0002934460  FEB 24 2010
MAILED FROM ZIP CODE 10523

**This page was left blank intentionally**

Antonios Stamos
201 Murray Avenue apt 1-S
Yonkers, N.Y. 10704

Prime Medical Billing
33 West Main Street, suite 406
Elmsford, N.Y. 10523

*** Urgent ***

Antonios Stamos
201 Murray Avenue apt 1-S
Yonkers, N.Y. 10704

CertifiedMail™

7008 1140 0000 8263 4488

Prime Medical Billing
33 West Main Street, suite 406
Elmsford, N.Y. 10523

*** Urgent ***



**U.S. Postal Service**
**CERTIFIED MAIL   RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ | $0.44 |
| Certified Fee | | $2.80 |
| Return Receipt Fee (Endorsement Required) | | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.54 |

0148

11

Postmark
Here

07/08/2010

Sent To
Prime  Medical Billing
Street, Apt. No.; or PO Box No.
33  West Main Street,  suite 406
City, State, ZIP+4
Elmsford,  N.Y.  10523

PS Form 3800 Augu...

7008 0110 0000 8263 4488

---

**UNITED STATES POSTAL SERVICE ®**                    **Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From: Antonios Stamos
201 Murray Avenue apt 1
Yonkers, N.Y. 10704

To: Prime Medical Billing
33 West Main St. suite 406
Elmsford, N.Y. 10523

PS Form **3817**, April 2007 PSN 7530-02-000-9065

```
              YONKERS, New York
                 107017059
              3590960148-0093
  07/08/2010 (800)275-8777 05:47:16 PM
========================================
========== Sales Receipt ==========
Product          Sale Unit    Final
Description       Qty Price    Price

ELMSFORD NY 10523              $0.44
Zone-1 First-Class
Letter
0.70 oz.
Expected Delivery: Sat 07/10/10
Return Rcpt (Green            $2.30
Card)
Certified                     $2.80
Label #:  70081140000082634488
                           ========
    Issue PVI:                $5.54

                           ==========
Total:                        $5.54

Paid by:
Cash                          $6.00
Change Due:                  -$0.46

Order stamps at USPS.com/shop or
call 1-800-Stamp24.  Go to
USPS.com/clicknship to print
shipping labels with postage.  For
other information call
1-800-ASK-USPS.
****************************************
****************************************
Get your mail when and where you
want it with a secure Post Office
Box. Sign up for a box online at
usps.com/poboxes.
****************************************
****************************************



Bill#:1000701431545
Clerk:11

All sales final on stamps and postage
Refunds for guaranteed services only
     Thank you for your business
****************************************
****************************************
    HELP US SERVE YOU BETTER

         Go to:
   https://postalexperience.com/Pos

    TELL US ABOUT YOUR RECENT
         POSTAL EXPERIENCE

      YOUR OPINION COUNTS
****************************************
****************************************
```

```
              YONKERS MPO
              YONKERS, New York
                 107017059
              3590960148-0093
  07/08/2010 (800)275-8777 05:48:14 PM
========================================
========== Sales Receipt ==========
Product          Sale Unit    Final
Description       Qty Price    Price

Certificate       1  $1.15    $1.15
of Mailing
44c Purple        1  $0.44    $0.44
Heart PSA
                           ==========
Total:                        $1.59

Paid by:
Cash                          $1.60
Change Due:                  -$0.01

Order stamps at USPS.com/shop or
call 1-800-Stamp24.  Go to
USPS.com/clicknship to print
shipping labels with postage.  For
other information call
1-800-ASK-USPS.
****************************************
****************************************
Get your mail when and where you
want it with a secure Post Office
Box. Sign up for a box online at
usps.com/poboxes.
****************************************
****************************************



Bill#:1000701431552
Clerk:11

All sales final on stamps and postage
Refunds for guaranteed services only
     Thank you for your business
****************************************
****************************************
    HELP US SERVE YOU BETTER

         Go to:
   https://postalexperience.com/Pos

    TELL US ABOUT YOUR RECENT
         POSTAL EXPERIENCE

      YOUR OPINION COUNTS
****************************************
****************************************


              Customer Copy
```

USPS - Track & Confirm

![UNITED STATES POSTAL SERVICE®]

Home | Help | Sign In

**Track & Confirm**

**Track & Confirm**

**Search Results**

Label/Receipt Number: 7008 1140 0000 8263 4488
Class: **First-Class Mail®**
Service(s): **Certified Mail™**
        **Return Receipt**
Status: **Notice Left**

Enter Label/Receipt Number.

We attempted to deliver your item at 6:15 AM on July 10, 2010 in
ELMSFORD, NY 10523 and a notice was left. You may pick up the item
at the Post Office indicated on the notice, go to www.usps.com/redelivery
or call 800-ASK-USPS to arrange for redelivery. If this item is unclaimed
after 15 days then it will be returned to the sender. Information, if
available, is updated periodically throughout the day. Please check again
later.

Detailed Results:

• **Notice Left, July 10, 2010, 6:15 am, ELMSFORD, NY 10523**
• **Arrival at Unit, July 10, 2010, 6:14 am, ELMSFORD, NY 10523**
• **Acceptance, July 08, 2010, 5:46 pm, YONKERS, NY 10701**

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  _Go >_

FAQs

_Go >_

Site Map      Customer Service      Forms      Gov't Services      Careers      Privacy Policy      Terms of Use      Business Customer Gateway

**Copyright© 2010 USPS. All Rights Reserved.      No FEAR Act EEO Data      FOIA**

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do

Page 1 of 1

7/11/2010


**UNITED STATES**
**POSTAL SERVICE**®

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7008 1140 0000 8263 4488**
Status: **Delivered**

Your item was delivered at 11:18 am on July 12, 2010 in ELMSFORD,
NY 10523. A proof of delivery record may be available through your local
Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > ) (?)     ( Return to USPS.com Home > )

---

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

---

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Prime  Medical Billing
33 West Main Street,  suite 406
Elmsford, N.Y.  10523

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X
☐ Agent
☐ Addressee

B. Received by   Nello Ongaro    C. Date of Delivery  2-12-10

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail      ☐ Express Mail
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*      ☐ Yes

2. Article Number
   *(Transfer from service label)*      7008 1140 0000 8263 4488

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540



UNITED STATES POSTAL SERVICE

WESTCHESTER NY 105

12 JUL 2010   PM 4 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Antonios  Stamos
201  Murray Avenue
Yonkers, N.Y.  10704

145

This page was left blank intentionally

Antonios  Stamos
201  Murray Avenue  apt. 1-S
Yonkers, N.Y.  10704
(914)  439-7951

April 20, 2011

**personal service  upon**
PRIME  MEDICAL BILLING
33 WEST MAIN STREET, suite  406
Elmsford,  N.Y.  10523

**FDCPA**
**§ 806. Harassment or abuse § 813. Civil liability**

**Re:**
Batya Gorin, M.D.
1254  Central Park Avenue
Yonkers, N.Y.  10704
(914)  964-6564
 account number 410159355 – 1 / SP                                    Patient:  Antonios  Stamos
Tax I.D.  097404939

To whom it may concern:

**PLEASE TAKE NOTICE** that this is the second time I am giving you notice to stop mailing me any
further billing notice(s), letter(s), or collection letter(s).

**PLEASE TAKE FURTHER NOTICE** that if I receive any more billing notice(s), letter(s), or collection
letter(s), then you leave me no choice but to file a Federal lawsuit against PRIME  MEDICAL BILLING
seeking an injunction against you.  If  I decide to drive down that road and I prevail at trial, then  the court
may impose additional costs against you.
## You are hereby given notice, Second and  FINAL NOTICE.

**PLEASE TAKE FURTHER NOTICE** that you are crossing the line from acting in a reasonable manner
to acting in a harassing manner. In other words, you mailing me a few billing collection notices and you
calling me on my cell with a Blocked Caller ID has crossed the line, and I strongly fell that **you are**
**harassing me at this point.**


**I will give you one last chance to do the right thing.  I cannot afford to spend time**
**and money trying a case. Make no mistake, if I receive another notice, letter, bill,**
**collection letter, or another Block Caller ID, then I will start a lawsuit against you**
**(PRIME MEDICAL BILLING).**


Sincerely yours,

*Antonios  Stamos*
Antonios  Stamos

Nicole Galasso
@ 9:49Am  4/22/2011

cc:
Batya Gorin, M.D.
1254  Central Park Avenue
Yonkers, N.Y.  10704
(914)  964-6564



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

ELMSFORD NY 10523

| | | |
|---|---|---|
| Postage | $ | $0.44 |
| Certified Fee | | $2.85 |
| Return Receipt Fee (Endorsement Required) | | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.59 |

Postmark Here
APR 22 2011
0031
04
04/22/2011

Sent To
**PRIME MEDICAL BILLING**
Street, Apt. No. or PO Box No.
**33 WEST MAIN STREET, suite 406**
City, State, ZIP+4
**Elmsford, N.Y. 10523**

PS Form 3800

7001 1940 0006 1757 9849



**UNITED STATES POSTAL SERVICE**

**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From:
**Antonios  Stamos**
**201  Murray Avenue  apt. 1-S**
**Yonkers, N.Y.  10704**

To:
**PRIME  MEDICAL  BILLING**
**33 WEST MAIN STREET, suite 406**
**Elmsford, N.Y.  10523**

U.S. POSTAGE PAID
ELMSFORD, NY
10523
APR 22 11
AMOUNT
$1.15
0005304140

APR 22 2011

1000

PS Form **3817**, April 2007 PSN 7530-02-000-9065

```
          ELMSFORD MPO
        ELMSFORD, New York
            105232600
          3590960031-0098
04/22/2011 (914)592-6967 09:38:02 AM
=======================================
========== Sales Receipt ==========
Product          Sale Unit    Final
Description       Qty Price    Price

44c Anna          1   $0.44    $0.44
Julia
Cooper PSA
Certificate       1   $1.15    $1.15
of Mailing
                              ==========
Total:                         $1.59

Paid by:
Cash                           $2.00
Change Due:                   -$0.41

Order stamps at USPS.com/shop or
call 1-800-Stamp24.  Go to
USPS.com/clicknship to print
shipping labels with postage.  For
other information call
1-800-ASK-USPS.
***************************************
***************************************
Get your mail when and where you
want it with a secure Post Office
Box. Sign up for a box online at
usps.com/poboxes.
***************************************
***************************************


Bill#:1000201261350
Clerk:04

All sales final on stamps and postage
Refunds for guaranteed services only
    Thank you for your business
***************************************
***************************************
    HELP US SERVE YOU BETTER

          Go to:
   https://postalexperience.com/Pos

   TELL US ABOUT YOUR RECENT
       POSTAL EXPERIENCE

     YOUR OPINION COUNTS
***************************************
***************************************


          Customer Copy
```

```
          ELMSFORD MPO
        ELMSFORD, New York
            105232600
          3590960031-0098
04/22/2011 (914)592-6967 09:37:00 AM
=======================================
========== Sales Receipt ==========
Product          Sale Unit    Final
Description       Qty Price    Price

ELMSFORD NY 10523              $0.44
Zone-0 First-Class
Letter
0.50 oz.
 Expected Delivery: Sat 04/23/11
Return Rcpt (Green             $2.30
Card)
 Certified                     $2.85
Label #:  70011940000617579849
                              ========
 Issue PVI:                    $5.59

                              ==========
Total:                         $5.59

Paid by:
Cash                          $20.00
Change Due:                  -$14.41

Order stamps at USPS.com/shop or
call 1-800-Stamp24.  Go to
USPS.com/clicknship to print
shipping labels with postage.  For
other information call
1-800-ASK-USPS.
***************************************
***************************************
Get your mail when and where you
want it with a secure Post Office
Box. Sign up for a box online at
usps.com/poboxes.
***************************************
***************************************


Bill#:1000201261343
Clerk:04

All sales final on stamps and postage
Refunds for guaranteed services only
    Thank you for your business
***************************************
***************************************
    HELP US SERVE YOU BETTER

          Go to:
   https://postalexperience.com/Pos

   TELL US ABOUT YOUR RECENT
       POSTAL EXPERIENCE

     YOUR OPINION COUNTS
***************************************
***************************************
```





 **UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7001 1940 0006 1757 9849
Expected Delivery Date: April 23, 2011
Class: First-Class Mail®
Service(s): Certified Mail™
 Return Receipt
Status: Delivered

Your item was delivered at 11:22 am on April 25, 2011 in ELMSFORD, NY 10523.

Detailed Results:
- Delivered, April 25, 2011, 11:22 am, ELMSFORD, NY 10523
- Notice Left (Business Closed), April 23, 2011, 8:41 am, ELMSFORD, NY 10523
- Arrival at Unit, April 23, 2011, 8:37 am, ELMSFORD, NY 10523
- Processed through Sort Facility, April 22, 2011, 10:22 pm, WHITE PLAINS, NY 10610
- Acceptance, April 22, 2011, 9:36 am, ELMSFORD, NY 10523

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

## Notification Options

### Track & Confirm by email

Get current event information or updates for your item sent to you or others by email. ( Go > )