```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/5/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ANTONIOS STAMOS,

                      Plaintiff,

   -against-

PRIME MEDICAL BILLING AND
MANAGEMENT, LLC d/b/a PRIME
MEDICAL BILLING,

                      Defendant.

------------------------------------------------------------X

<u>CIVIL JUDGMENT</u>

11 Civ. 4354 (LAP)

Pursuant to the Order issued ___AUG 0 5 2011___ by the Honorable Loretta A. Preska, Chief United States District Judge, dismissing the Complaint, it is,

ORDERED, ADJUDGED AND DECREED: That the Complaint is dismissed. 28 U.S.C. § 1915(e)(2)(B)(ii). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Court's Order would not be taken in good faith.

                                                     _/s/ Loretta A. Preska_
                                                     LORETTA A. PRESKA
                                                 Chief United States District Judge

Dated: AUG 0 5 2011
        New York, New York

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON_____.

JUDGMENT AND APPEAL INSTRUCTIONS MAILED BY PRO SE OFFICE ON 8/5/11